UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-7955 MWF (JCx)** | Date: December 14, 2021 |
| Title | **Allstate Northbrook Indemnity Company v. United States of America, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on October 5, 2021. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on January 3, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JANUARY 3, 2022**.

- BY PLAINTIFF: PROOFS OF SERVICE of Summons and Complaint on Defendants.

Any request by Plaintiff for an extension of time beyond the time limit set forth in Fed. R. Civ. P. Rule 4(m) will only be granted upon a showing of good cause. Failure to timely file Proofs of Service that comply with Fed. R. Civ. P. Rule 4(i), or request an extension of time to do so, will result in the dismissal of this action on **JANUARY 4, 2022.**

>  AND/OR

- BY DEFENDANTS: RESPONSES TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-7955 MWF (JCx)**                                      Date:  December 14, 2021

Title        **Allstate Northbrook Indemnity Company v. United States of America, et al.**

          OR

■ **BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **January 3, 2022** will result in the dismissal of this action.

IT IS SO ORDERED.

                                                                               Initials of Preparer:  RS/sjm